UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE SPEIRS ) | |
| ) | Case Number: 10-119 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION |
| GC SERVICES, LP ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 4th day of June, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff

Fineman, Krekstein & Harris, P.C.

BY: /s/ *Richard J. Perr*
Richard J. Perr, Esquire
Attorney for Defendant